UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61415-CIV-SMITH

LAUREN RAND,

    Plaintiff,

v.

RICHARD C. MAURAN and
CHRISTINA MICEVIC,

    Defendants.
_____/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

On September 21, 2020, Magistrate Judge Alicia O. Valle submitted a Report and Recommendation to the District Judge [DE 11]. Subsequently, the Court ordered the parties to inform the Court, no later than September 24, 2020, if they intend to file objections to the Report and Recommendation. (*See* DE 12.) None of the parties filed such a notice. Therefore, upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 11] is **AFFIRMED AND ADOPTED**:

    1. The parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice [DE 7] is **GRANTED**;

    2. The parties' Settlement Agreement is **APPROVED**;

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs except as otherwise set forth in the Settlement Agreement; and

4. The Court retains jurisdiction until **November 30, 2020** to enforce the Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of September, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record